**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WASIF IBRAHIM, individually and on behalf of classes of similarly situated individuals, ) ) ) | Case No. 16-cv-04294 |
| Plaintiff, ) ) | Hon. Charles Norgle |
| v. ) ) | Magistrate Mary M. Rowland |
| STERICYCLE, INC., a Delaware corporation, and STERICYCLE COMMUNICATION SOLUTIONS, INC., a Delaware corporation, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wasif Ibrahim and Defendants Stericycle, Inc. and Stericycle Communication Solutions, Inc., by and through their attorneys, hereby stipulate to the dismissal of this case with prejudice, and without fees or costs to any party.

Dated: September 25, 2018

Respectfully submitted,

| | |
|---|---|
| WASIF IBRAHIM | STERICYCLE, INC. and STERICYCLE COMMUNICATIONS SOLUTIONS, INC. |
| By: /s/ Evan M. Meyers<br>        One of his attorneys | By: /s/ Eric S. Mattson<br>        One of their attorneys |
| Myles McGuire<br>Evan M. Meyers<br>Eugene Y. Turin<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Tel: (312) 893-7002<br>mmcguire@mcgpc.com<br>emeyers@mcgpc.com<br>eturin@mcgpc.com | Eric S. Mattson<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>emattson@sidley.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |